■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS VILLANUEVA, Appellant. [785 NYS2d 712]—Appeal by the defendant from an order of the Supreme Court, Queens County (Grosso, J.), dated August 16, 2001, which, pursuant to Correction Law article 6-C, designated him a level three sex offender.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention on appeal, the Supreme Court's determination that he was a level three sex offender under the Sex Offender Registration Act was supported by clear and convincing evidence (see Correction Law art 6-C; *People v Smith*, 5 AD3d 752 [2004], *lv denied* 3 NY3d 602 [2004]; *People v Moore*, 1 AD3d 421 [2003]; *People v Brooks*, 308 AD2d 99 [2003]). Ritter, J.P., Krausman, Goldstein and Lifson, JJ., concur.